**VERNON v. LOWE**

[356 N.C. 421 (2002)]

BEULAH VERNON v. MICHAEL LOWE AND BRENDA LOWE

No. 155A02

(Filed 22 November 2002)

### Civil Procedure— nonjury trial—involuntary dismissal—insufficient findings of fact

The decision of the Court of Appeals upholding the trial court's order in a nonjury trial involuntarily dismissing plaintiff's action to quiet title is reversed for the reasons stated in the dissenting opinion that, although the trial court dismissed plaintiff's claim because plaintiff had not shown that "she is the fee simple owner of the real property," the appellate court is unable to determine the propriety of the order without findings of fact explaining the reasoning of the trial court.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 148 N.C. App. 694, 559 S.E.2d 288 (2002), affirming an order of dismissal entered 31 March 2000, *nunc pro tunc* 8 September 1998, by McHugh, J., in Superior Court, Rockingham County. Heard in the Supreme Court 15 October 2002.

*The Law Office of Herman L. Stephens, by Herman L. Stephens, for plaintiff-appellant.*

*No brief filed for defendant-appellees.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

REVERSED.